RCVD - USDC - CHAS, SC
2026 AUG 28 PM 1:52

Jay Connor
215 East Bay Street 201-F
Charleston, SC 29401
Jayc650@hush.com
(843) 557-5724 (Residential)

8/28/26

Clerk of Court
United States District Court of South Carolina
85 Broad Street
Charleston, SC 29401

RE: Case No. 2:26-cv-3685

Dear Clerk:

Please find attached the correct first page of the complaint in the above referenced filing. When filing the lawsuit that was assigned the case # C/A No. 2:26-cv-3685, I mistakenly included page 1 of an existing complaint already on file (Jay Connor v. 33 Mile Radius, LLC et al. C/A No. 2:2026-cv-3627). I apologize for the error and I'm requesting that the current page 1 of 26-cv-3685 be replaced with the attached correct one, which shows the correct defendant CWPVA, Inc.

Sincerely,

Jay Connor